# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING, LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |
| SUNIL KAVURI, AHMED ABD-EL-RAZEK NOIA CAPITAL SÀRL and PAT RABITTE,<br><br>Plaintiffs,<br><br>v.<br><br>FTX TRADING, LTD., *et al.*,<br><br>Defendants. | Adv. Proc. No. 24-50012 (JTD) |

## MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE(S) AND APPOINT CLASS COUNSEL

Sunil Kavuri, Ahmed Abd-El-Razek and Pat Rabitte, each in their individual and representative capacities as more fully set forth below (collectively, the "Class Action Plaintiffs"), respectfully move this Court (the "Motion"), pursuant to Federal Rule of Civil Procedure 23, made applicable to this matter by Federal Rules of Bankruptcy Procedure 7023 and 9014, for entry of an order certifying a class consisting of all customers of FTX.com, who personally have held accounts on the FTX.com platform with positive balances since of November 11, 2022 (the "Class"), appointing Class Action Plaintiffs as Class representatives, and appointing their counsel, McCarter & English LLP, as class counsel. Class Action Plaintiffs set forth the reasons in support of this Motion in their brief filed together with this Motion.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

Dated: June 25, 2024 **MCCARTER & ENGLISH, LLP**

*/s/ Shannon D. Humiston*
Shannon D. Humiston (No. 5740)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Tel:  302-984-6300
Fax: 302-984-6399
Email: shumiston@mccarter.com

and

David Adler, Esq.
Worldwide Plaza
825 Eighth Ave., 31st Floor
New York, NY 10019
Phone: (212) 609-6847

*Attorneys for Plaintiffs Sunil Kavuri, Ahmed Abd-El-Razek, and Pat Rabitte*